IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| vs. | ) <br> ) CASE NO. 4:25-cr-00056-14 |
| ANTHONY JERNIGAN, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## ORDER

Scott G. Reddock, counsel of record for the defendant in the above-styled case, has moved for leave of absence. The motion is GRANTED.

SO ORDERED this __25th__ day of __May__, 2025.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia